UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY M. CORDERO,<br><br>   Plaintiff,<br><br>   v.<br><br>NICK GUZMAN, et al.,<br><br>   Defendants. | No.  2:13-cv-1551 KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed August 2, 2013, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants.  On August 29, 2013, plaintiff submitted the copies of the complaint but failed to submit a completed USM-285 form for defendant Ybarra.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one blank USM-285 form; and

////

---

[1] Plaintiff submitted a USM-285 form for an individual named "Parra."  However, the court did not order service of an individual named "Parra" and the complaint does not identify a defendant with this name.

1

2. Within thirty days, plaintiff shall submit to the court the completed USM-285 form for defendant Ybarra required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

Dated: September 4, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cord1551.8f