UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY M. CORDERO,

        Plaintiff,

  v.

NICK GUZMAN, et al.,

        Defendants.

No.  2:13-cv-1551 JAM KJN P

ORDER

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On September 20, 2013, the court ordered the United States Marshal to serve the complaint on defendants.  Process directed to defendant Ybarra was returned unserved because "no officer employed by that name."  Plaintiff must provide additional information to serve this defendant.  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code §§ 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed July 16, 2013;

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Ybarra;

    b. Two copies of the endorsed complaint filed July 16, 2013; and

    c. One completed summons form or show good cause why he cannot provide such information.

Dated:  October 21, 2013

/cord1551.8e

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RANDY M. CORDERO, | No. 2:13-cv-1551 JAM KJN P |
|---|---|
| Plaintiff, |   |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| NICK GUZMAN, et al., |   |
| Defendants. |   |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

    ____    completed summons form

    __1__    completed USM-285 forms

    __2__    copies of the ___July 16, 2013_____
                          Complaint

DATED:

                                                                   _____
                                                                     Plaintiff