UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY M. CORDERO, | No. 2: 13-cv-1551 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| NICK GUZMAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding, without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's November 12, 2013 motion for judicial intervention.   For the following reasons, this motion is granted.

On September 20, 2013, the court ordered service of the complaint on the defendants, including defendant Ybarra.  In the pending motion, plaintiff states that he has discovered that defendant Ybarra's name is A. Parra.  Attached to the motion as an exhibit is a memorandum addressed to plaintiff from prison officials which appears to confirm this claim.  In the pending motion, plaintiff requests that the court order service of A. Parra and amend court records to reflect this name change.

Good cause appearing, the court will order service of A. Parra and direct the Clerk of the Court to reflect court records to reflect this name change.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for judicial intervention (ECF No. 23) is granted; and
2. The Clerk of the Court is directed to amend court records to reflect that defendant Ybarra's name is A. Parra.

Dated: November 22, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cor1551.ord