UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY M. CORDERO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NICK GUZMAN, et al.,<br><br>　　　　　Defendants. | No. 2: 13-cv-1551 JAM KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for an evidentiary hearing before the undersigned on September 14, 2015 regarding the issue of exhaustion of administration remedies. On July 1, 2015, the undersigned issued a writ of ad testificandum directing the Warden of the R.J. Donovan Correctional Facility ("RJDCF"), where plaintiff is confined, to produce plaintiff at the evidentiary hearing on September 14, 2015. (ECF No. 74.)

　　　　On August 31, 2015, plaintiff filed a second request to appear at the evidentiary hearing via Skype. (ECF No. 82.) As plaintiff was informed in the August 13, 2015 order denying his previous request to appear at the evidentiary hearing via Skype, court regulations prohibit him from appearing at the evidentiary hearing via Skype.

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to appear at the
2 evidentiary hearing via Skype (ECF No. 82) is denied.
3 Dated: September 4, 2015

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cor1551.den