UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY M. CORDERO, | No. 2:13-cv-1551 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| NICK GUZMAN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 23, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.

On January 28, 2016, the magistrate judge granted plaintiff twenty-one days to file supplemental objections. (ECF No. 96.) On February 22, 2016, plaintiff a motion for extension of time to file his supplemental objections and his supplemental objections. (ECF Nos. 97, 98.) Pursuant to the mailbox rule, plaintiff's supplemental objections are timely. Accordingly, the motion for extension of time is denied as unnecessary.

////

1

1 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2 court has conducted a de novo review of this case. Having carefully reviewed the entire file, the
3 court finds the findings and recommendations to be supported by the record and by proper
4 analysis.
5 Accordingly, IT IS HEREBY ORDERED that:
6 1. Plaintiff's motion for extension of time (ECF No. 97) is denied as unnecessary;
7 2. The findings and recommendations filed December 23, 2015, are adopted in full; and
8 3. Defendants' summary judgment motion (ECF No. 50) is granted as to plaintiff's claims
9 against defendant Parra on grounds that plaintiff failed to exhaust his administrative remedies.
10 DATED: March 29, 2016

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE