UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY M. CORDERO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NICK GUZMAN, et al.,<br><br>　　　　　Defendants. | No. 2: 13-cv-1551 JAM KJN P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On April 1, 2016, the court issued a scheduling order setting the pretrial conference for July 1, 2016. (ECF No. 101.) The jury trial is set for January 9, 2017, before the Honorable John A. Mendez. (Id.)

　　　This action is now set for a settlement conference on August 16, 2016. (ECF No. 108.)

　　　Accordingly, IT IS HEREBY ORDERED that the pretrial conference set for July 1, 2016, is vacated; the parties are not required to file pretrial statements; a pretrial conference will be re-set following the settlement conference, if appropriate.

Dated: June 10, 2016

Cor1551.vac

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1