UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY M. CORDERO,<br><br>        Plaintiff,<br><br>   v.<br><br>NICK GUZMAN, et al.,<br><br>        Defendants. | No.  2:13-cv-1551 JAM KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 16, 2016, a settlement conference was held.  This action did not settle.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff shall file his pretrial statement on or before September 16, 2016, defendants shall file their pretrial statement on or before September 30, 2016; the pretrial conference is set for October 14, 2016, before the undersigned, to be conducted on the file only;

2.  The jury trial set for January 9, 2017, before the Honorable John A. Mendez is confirmed.

Dated:  August 19, 2016

Cor1551.set

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1