IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDY M. CORDERO,** <br><br> Plaintiff, <br><br> v. <br><br> **NICK GUZMAN, et al.,** <br><br> Defendants. | No. 2:13-CV-01551 JAM KJN <br><br> **ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL** |

Good cause appearing, Defendant's motion to continue the trial is granted.

The January 9, 2017 jury trial is vacated and continued to March 27, 2017 at 9:00 a.m. in Courtroom 6.

IT IS SO ORDERED.

Dated: 10/4/2016                                /s/ John A. Mendez
                                                              JOHN A. MENDEZ
                                                              United States District Court Judge