

**FILED**

OCT 11 2016

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY M. CORDERO, | No. 2:13-cv-1551 JAM KJN P |
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL |
| NICK GUZMAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 30, 2016, plaintiff filed a motion to appointment counsel. (ECF No. 117.) The court finds that the appointment of counsel is warranted. Meryn C. N. Grant, Kala Sherman-Presser, and Christopher J. Soper, of Latham & Watkins LLP, have been selected from the court's pro bono attorney panel to represent plaintiff and have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel is granted and Meryn C. N. Grant, Kala Sherman-Presser, and Christopher J. Soper, of Latham & Watkins LLP, are appointed as counsel in the above entitled matter.

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order on Meryn C. N. Grant,

Kala Sherman-Presser, and Christopher J. Soper, Latham & Watkins LLP, 505 Montgomery St., Suite 2000, San Francisco, CA 94111.

10-11-2016

HON. JOHN A. MENDEZ
United States District Judge

Cor1551.31