LATHAM & WATKINS LLP
Kala Sherman-Presser (CA Bar No. 302591)
kala.sherman-presser@lw.com
Meryn C. N. Grant (CA Bar No. 291315)
meryn.grant@lw.com
Christopher J. Soper (CA Bar No. 307500)
chris.soper@lw.com
Caroline N. Esser (CA Bar No. 307745)
caroline.esser@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Attorneys for Plaintiff Randy M. Cordero*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RANDY M. CORDERO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NICK GUZMAN, et al.<br><br>　　　　Defendant. | Case No. 2:13-cv-01551 JAM KJN<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO SHORTEN TIME FOR BRIEFING AND HEARING ON PLAINTIFF'S MOTIONS TO REOPEN DISCOVERY AND TO MODIFY THE PRE-TRIAL ORDER<br><br>Place:　Courtroom 6, 14th Floor<br>Judge:　Hon. John A. Mendez<br><br>Trial Date:　March 27, 2017<br>Action Filed:　July 16, 2013 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING EX PARTE APPL.
TO SHORTEN TIME FOR BRIEFING ETC.
CASE NO. 2:13-cv-01551-JAM-KJN

**[PROPOSED ORDER]**

This matter comes before the court on Plaintiff Randy M. Cordero's Ex Parte Application to Shorten Time for Briefing and Hearing on Plaintiff's Motions to Reopen Discovery and to Modify the Pre-Trial Order. Having considered the Ex Parte Application, and the papers therewith, the Court finds that Plaintiff's Application is GRANTED. Defendant's briefs in opposition to the Motions, if any, shall be filed no later than *November 29, 2016*. Plaintiff's reply briefs in support of the Motions shall be filed by no later than *December 6, 2016*. The hearing on the motion is scheduled for *December 13, 2016 at 1:30 pm*.

IT IS SO ORDERED.

Dated: *11-18*, 2016

By: _____
The Honorable John A. Mendez
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING EX PARTE APPL.
TO SHORTEN TIME FOR BRIEFING ETC.
1
CASE NO. 2:13-cv-01551-JAM-KJN