KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendant Guzman*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RANDY M. CORDERO,**<br><br>Plaintiff,<br><br>v.<br><br>**NICK GUZMAN, et al.,**<br><br>Defendants. | No. 2:13-cv-01551 JAM-KJN<br><br>**STIPULATED REQUEST TO CONTINUE TRIAL DATE AND PRETRIAL-CONFERENCE DEADLINES AND ORDER**<br><br>Trial Date:   June 26, 2017<br>Action Filed: July 16, 2013 |

Under Federal Rules of Civil Procedure 16(b)(4) and Local Rule 143, the parties, through their respective counsel of record, agree to and request a continuance of the pretrial-conference related deadlines and the June 26, 2017 trial date. Good cause exists to grant this stipulated request because the parties' attorneys will not be available on the current deadlines.

A scheduling order may be modified only upon a showing of good cause and by leave of Court. Fed. R. Civ. P. 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (describing the factors a court should consider in ruling on such a motion). In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson*, 975 F.2d at 609 (citing Fed. R.

1

Civ. P. 16 advisory committee's notes of 1983 amendment). "The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the amendment.'" *Id*. (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983 amendment). The Court may also consider the prejudice to the party opposing the modification. *Id*.

Good cause exists to grant this stipulated request because the parties' attorneys have a conflict with the current pretrial-conference-hearing and trial dates. On December 20, 2016, the Court issued a Minute Order setting trial for June 26, 2017. (ECF No. 133.) The Court also set the Pretrial Conference hearing for May 26, 2017. Defense counsel is already scheduled to start trial on June 26, 2017 in *Barron v. Martel* (E.D. Cal. No. 2:10-cv-1567 MCE-DB) before Judge England. Trial in *Barron* was set on December 2, 2016. (*See Barron* Dkt. ECF No. 123.) Further, counsel for Plaintiff, Kala Sherman-Presser, is scheduled to be out of the country during the week of May 26, 2017. Ms. Sherman-Presser is the lead attorney, and her presence and participation at the Pretrial Conference is essential.

Defense counsel immediately informed Plaintiff's attorneys of her conflict with the current trial date, and contacted the Court's Courtroom Deputy to inquire of other available dates for trial. The parties were informed that the Court is available on July 24, 2017, and have agreed to this date. Accordingly, the parties respectfully request that trial be continued to July 24, 2017.[1]

The parties further request that the Pretrial Conference hearing be continued to June 21, 2017, or any other date around this time that is convenient to the Court, and that the Joint Pretrial Statement be due seven days before the Pretrial Conference hearing. The parties agree that all

///
///
///
///
///

---

[1] The parties were informed that the Court is also available for trial on July 17 and August 7, 2017. If the July 24, 2017 date is no longer available, the parties are agreeable to trial on July 17 or August 7, 2017 (in order of preference).

1  other deadlines set in the Court's December 20, 2016 Minute Order (ECF No. 133) remain the

2  same. Although not set out in the Minute Order, the parties have agreed to complete expert

3  discovery by no later than June 2, 2017.

4      IT IS SO STIPULATED.

5  Dated: December 27, 2016          Respectfully submitted,

6                                             KAMALA D. HARRIS
Attorney General of California
7                                             CHRISTOPHER J. BECKER
Supervising Deputy Attorney General
8

9                                             */s/ Diana Esquivel*

10                                            DIANA ESQUIVEL
Deputy Attorney General
11                                            *Attorneys for Defendant*

12 Dated: December 27, 2016         LATHAM & WATKINS LLP

13

14                                            */s/ Kala Sherman-Presser*

15                                            KALA SHERMAN-PRESSER
*Attorneys for Plaintiff*

16

17 SA2013310859
32693848.doc

18

3

**ORDER**

Good cause appearing, the parties' stipulated request to continue the trial and pretrial-conference hearing is GRANTED.

Trial will commence on July 24, 2017 at 9:00 a.m.  The Pretrial Conference will take place on June 23, 2017 at 10 a.m., with the joint pretrial statement due seven days before the hearing.

The parties shall complete expert discovery by no later than June 2, 2017.

The remaining deadlines set out in the Court's December 20, 2016 Minute Order (ECF No. 133) shall remain in full force and effect.

IT IS SO ORDERED.


Date: 12/27/2016          /s/          John A. Mendez_____
                                              John A. Mendez
                                              United States District Court Judge