LATHAM & WATKINS LLP
Kala Sherman-Presser (CA Bar No. 302591)
kala.sherman-presser@lw.com
Meryn C. N. Grant (CA Bar No. 291315)
meryn.grant@lw.com
Tyler P. Young (CA Bar No. 291041)
tyler.young@lw.com
Christopher J. Soper (CA Bar No. 307500)
chris.soper@lw.com
Caroline N. Esser (CA Bar No. 307745)
caroline.esser@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Attorneys for Plaintiff Randy M. Cordero*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RANDY M. CORDERO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NICK GUZMAN, et al.<br><br>　　　　Defendant. | Case No. 2:13-cv-01551 JAM-KJN<br><br>**STIPULATED REQUEST TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINES AND ORDER**<br><br>Trial Date:　July 24, 2017<br>Action Filed:　July 16, 2013 |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE EXPERT WITNESS
DISCLOSURE DEADLINES
CASE NO. 2:13-CV-01551-JAM-KJN

1   Under Federal Rules of Civil Procedure 16(b)(4) and Local Rule 143, the parties, through their respective counsel of record, agree to and request a continuance of the expert witness disclosure and the supplemental and rebuttal expert disclosure deadlines in the above-captioned matter.  As set forth below, good cause exists to grant this stipulated request because both parties' require additional time to complete expert discovery.

A scheduling order may be modified upon a showing of good cause and by leave of Court.  Fed. R. Civ. P. 16(b)(4); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).  In considering whether a party moving for a schedule modification has good cause, the court primarily focuses on the diligence of the party seeking the modification.  *Johnson*, 975 F.2d at 609 (citing Fed. R. Civ. P. 16 advisory committee note to 1983 amendment).  "The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the amendment.'"  *Id.*  (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983 amendment).  The Court may also consider the prejudice to the party opposing the modification.  *Id.*

Good cause exists to grant this stipulated request because, due to weather conditions and other existing conflicts, the deposition of Defendant Guzman, which was originally scheduled for March 8, 2017, was continued until March 21, 2017.  Both parties' expert witnesses require time to review the deposition transcript and incorporate any relevant information into their expert reports.  Further, the parties are in the process of arranging for Plaintiff's forensics expert to conduct a site visit of High Desert State Prison in late March.  This will also produce relevant evidence for the experts' consideration.  The parties therefore agree that additional time is necessary for expert witness disclosures.  Extending these deadlines will not impact any other pre-trial deadlines or delay the trial date.

Pursuant to the Court's December 20, 2016 Order, the deadline for expert witness disclosures is March 28, 2017, and the deadline for supplemental and rebuttal expert disclosures is April 28, 2017.  Dkt. No. 133.  All expert discovery must be completed by no later than June 2, 2017.  Dkt. No. 135.

The parties request that the expert witness disclosure deadline be extended until April 11,

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   STIPULATION TO CONTINUE EXPERT WITNESS
DISCLOSURE DEADLINES
CASE NO. 2:13-CV-01551-JAM-KJN

2017, and the deadline for supplemental and rebuttal expert disclosures be extended until May 5, 2017. The June 2, 2017 deadline for completion of expert discovery will remain the same.

IT IS SO STIPULATED.

Dated:  March 8, 2017                    Respectfully submitted,

LATHAM & WATKINS LLP

By:  /s/ Kala Sherman-Presser
     Kala Sherman-Presser

*Attorneys for Plaintiff*
Randy M. Cordero

ATTORNEY GENERAL'S OFFICE

By:  /s/ Diana Esquivel (as authorized on March 8, 2017)
     Diana Esquivel

*Attorneys for Defendant*
Nick Guzman

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   STIPULATION TO CONTINUE EXPERT WITNESS
DISCLOSURE DEADLINES
CASE NO. 2:13-CV-01551-JAM-KJN

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   STIPULATION TO CONTINUE EXPERT WITNESS
DISCLOSURE DEADLINES
CASE NO. 2:13-CV-01551-JAM-KJN

**ORDER**

Good cause appearing, the parties' stipulated request to continue the expert witness disclosure deadlines is GRANTED.

Expert witness disclosures shall be made by April 11, 2017 and supplemental disclosure and disclosure of any rebuttal experts shall be made by May 5, 2017.

The June 2, 2017 deadline for completion of expert discovery shall remain in full force and effect.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 3/9/2017                                             /s/ John A. Mendez_____
                                                           John A. Mendez
                                                           United States District Court Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3   STIPULATION TO CONTINUE EXPERT WITNESS
DISCLOSURE DEADLINES
CASE NO. 2:13-CV-01551-JAM-KJN