LATHAM & WATKINS LLP
  Kala Sherman-Presser (CA Bar No. 302591)
  kala.sherman-presser@lw.com
  Meryn C. N. Grant (CA Bar No. 291315)
  meryn.grant@lw.com
  Tyler P. Young (CA Bar No. 291041)
  tyler.young@lw.com
  Christopher J. Soper (CA Bar No. 307500)
  chris.soper@lw.com
  Caroline N. Esser (CA Bar No. 307745)
  caroline.esser@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Attorneys for Plaintiff Randy M. Cordero*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RANDY M. CORDERO,<br><br>    Plaintiff,<br><br>v.<br><br>NICK GUZMAN, et al.,<br><br>    Defendant. | Case No. 2:13-cv-01551-JAM-KJN (PC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL PORTIONS OF PLAINTIFF'S MOTION FOR SANCTIONS AND DECLARATION OF MERYN C. N. GRANT IN SUPPORT THEREOF**<br><br>Trial Date: July 24, 2017<br>Action Filed: July 16, 2013 |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
PL.'S REQUEST TO SEAL
CASE NO. 2:13-cv-01551-JAM-KJN

# ORDER

This matter comes before the court on Plaintiff Randy M. Cordero's Notice of Request and Request to Seal certain portions of Plaintiff's Motion for Sanctions and the Declaration of Meryn C. N. Grant in support thereof. Having considered the Notice of Request and Request to Seal the Court finds that Plaintiff's Request is GRANTED.

The Clerk of the Court shall file under seal the redacted portions of Plaintiff's Motion for Sanctions and the Declaration of Meryn C. N. Grant in support thereof:

| Page: Lines Containing Confidential Information | Designating Party |
|---|---|
| 2:19-25 | Defendant |
| 11:12-15 | Defendant |
| 12:2-3 | Defendant |
| 12:11 | Defendant |
| 12:13 | Defendant |
| 12:25-27 | Defendant |
| Grant Decl. Ex. F, in its entirety | Defendant |
| Grant Decl. Ex. G, in its entirety | Defendant |
| Grant Decl. Ex. N, in its entirety | Defendant |

IT IS SO ORDERED.

Dated: June 12, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING
PL.'S REQUEST TO SEAL
CASE NO. 2:13-cv-01551-JAM-KJN

1 | Approved as to form:
2 | LATHAM & WATKINS LLP
3 | /s/ Meryn C. N. Grant
Meryn C. N. Grant
4 | *Attorneys for Plaintiff*
Randy M. Cordero
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING
PL.'S REQUEST TO SEAL
CASE NO. 2:13-cv-01551-JAM-KJN