UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY M. CORDERO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NICK A. GUZMAN, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-1551 JAM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 4, 2017, judgment was entered. (ECF No. 250.) Plaintiff appealed the judgment to the Ninth Circuit Court of Appeals. (ECF No. 251.) On July 10, 2019, the Ninth Circuit filed an order in this court stating that the Ninth Circuit's judgment of June 12, 2019, takes effect this date. (ECF No. 257.)

On September 30, 2019, plaintiff filed a request for status on a motion to stay sent to both this court and the Ninth Circuit Court of Appeals. (ECF No. 258.)  Plaintiff apparently seeks to stay this action pending the filing of a petition for certiorari in the Supreme Court.

This court has not received a request to stay from plaintiff.  Plaintiff's request for a stay should be directed to the Ninth Circuit Court of Appeals.

////

////

1

1      IT IS SO ORDERED.

2   Dated: October 11, 2019

3

4                                                    _____
                                                     KENDALL J. NEWMAN
5   cord1551.58                                      UNITED STATES MAGISTRATE JUDGE